COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-18-00867-CV |
| Style: | Mattress Firm, Inc. v. Bruce Levy, et al. |
| Date motions filed*: | March 19, 2019 |
| | Andrea L. Pawlak's Motion for Admission Pro Hac Vice; Kevin L. Ward's Motion for Admission Pro Hac Vice |
| Parties filing motions: | Appellee Alexander Deitch's counsel Andrea L. Pawlak, and Kevin L. Ward |
| Document to be filed: | Motions in Support by Texas Resident Attorney Thomas W. Pirtle |

Is appeal accelerated?     Yes (accelerated).

Ordered that motions are:

☐ Granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒  Other: _ The motions for admission pro hac vice by non-resident attorneys Andrea L. Pawlak and Kevin L. Ward are **denied without prejudice** to refiling with the required motions in support by Thomas W. Pirtle or another Texas resident attorney.  *See* TEX. RULES GOVERN. BAR ADM'N XIX(b) (2015) ("The motion of the non-resident attorney seeking permission to participate in Texas proceedings *must be accompanied* by motion of the resident practicing Texas attorney with whom the non-resident attorney will be associated in the proceeding of a particular cause.") (emphasis added).

Judge's signature: _/s/ Evelyn V. Keyes_____

☒  Acting individually      ☐  Acting for the Court

Date: ___March 26, 2019__